UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ERGENE,<br><br>    Plaintiff,<br><br>    v.<br><br>AQUANTIA CORP., et al.,<br><br>    Defendants. | Case No. 19-cv-03301-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice as to Mr. Ergene's individual claims and without prejudice to the claims of the putative class. The Clerk shall close the case.

Dated: August 16, 2019

_____
WILLIAM H. ORRICK
United States District Judge